IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>$45,000.00 IN UNITED STATES CURRENCY,<br><br>                Defendant. | **8:11CV14**<br><br>**ORDER** |

This matter is before the Court on the renewed motion to suppress raised orally on November 16, 2012, by the Claimant, Carlos Martins. The Court has carefully considered the record with respect to the initial motion to suppress.

IT IS ORDERED that the Claimant's oral renewed motion to suppress is denied.

Dated this 19th day of November, 2012.

                                              BY THE COURT:

                                              s/Laurie Smith Camp<br>
                                              Chief United States District Judge