# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:11CV14** |
| **vs.** | |
| **$45,000.00 IN UNITED STATES CURRENCY,** | **ORDER** |
| **Defendant,** | |
| **CARLOS MARTINS,** | |
| **Claimant.** | |

This matter is before the Court on the United States' Motion to Return Defendant Currency (Filing No. 80).   The Court has jurisdiction to entertain this Motion following the Mandate of the Eighth Circuit Court of Appeals filed herein on June 17, 2014 (Filing No. 79).   The U.S. Marshals Service has custody of the Defendant Currency seized from the Claimant, Carlos Martins, on August 2, 2010.   The Court finds the Defendant property should be returned to the Claimant, together with interest thereon from August 2, 2010, to the date payment is tendered by the U.S. Marshals Service. Accordingly,

IT IS ORDERED:

1. The United States' Motion to Return Defendant Currency (Filing No. 80), is granted; and

2. The U.S. Marshals Service is directed to return the Defendant currency, together with interest thereon from August 2, 2010, to the date the payment is tendered, to Carlos Martins by delivering same to the trust account of his attorney of record, Joseph Howard.

2

DATED this 11th day of July, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge